**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael E. Hanson and
Stefanie D. Hanson,

00cv2149 (DDA/SRN)

Plaintiffs,

v.

**ORDER**

Messerli & Kramer, P.A.,

Defendant.

---

Upon Stipulation of the parties,

**IT IS HEREBY ORDERED** that the above referenced case is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 14, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

AUG 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Michael E. Hanson
Stefanie D. Hanson,

Plaintiffs

vs.

Messerli & Kramer, P.A.

Defendant

CV 00-2149 DDA/SRN

**STIPULATION OF DISMISSAL**

---

Whereas the parties have reached a settlement of this matter, they jointly request Pursuant to Federal Rule of Civil Procedure 41(a)(1) that this case be dismissed with prejudice.

Dated: 8/8/01

Robert J. Everhart #180671
Everhart Law Office, LTD
P.O. Box 120534
New Brighton, MN 55112
651-636-9212

Dated: 8/8/01

William C. Hicks # 142505
Messerli & Kramer, P.A.
3405 Annapolis Lane North #300
Plymouth, MN 55447-5326
763-548-7900

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500